IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>counsel: Pat Harris<br>counsel:<br><br>vs<br><br>HAROLD STEVENSON BARBEE<br>counsel: Steve Davis<br>counsel: | Judge : Bill Wilson<br>Reporter: K. Baker<br>Clerk: M. Johnson<br>Interpreter:<br>USPO: Audrene Ellis<br><br><br>Date:   October 16, 2008<br><br>CASE NO: 4:96CR00233-02 |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

Begin: 3:50 p.m.                                                                                      End: 4:15 p.m.

Court calls cases and reviews to present; Financial Affidavit of deft argued; Steve Davis appt'd to represent deft; revocation hearing cont'd until 11/3/2008 at 2:30 p.m.; Order to be entered.


Court in recess.

CourthearingMinutes.Revo.wpd

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES  ☐ MAGISTRATE  ☑ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Harold Barbee**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☑ Other — **Supervised release**

DOCKET NUMBERS
- Magistrate: _____
- District Court: **4:96CR00233-00**
- Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☑ Misdemeanor
**Supervised Release Violation**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: **Advene Landscapers**
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ **Oct 2008**
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
RECEIVED: $ _____    SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No   IF YES, state total amount $ **Around 1000**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
VALUE: **35,000** — house, now I own my house
DESCRIPTION: **For my kids only** — truck 2008 Tahoe and it $466 per month

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ___ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
Total No. of Dependents: **3**
List persons you actually support and your relationship to them:
- Almonte Cordt — Barbee — 11 months
- Almond Cordt — Barbee — 14 months
- Haley Nichole — Barbee — 13 months

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
- Truck note 466 per month
- Elect Bill 270 month
- Cable 111 per month
- Water 35 month

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
|  | $ | $ 466 |
|  | $ | $ 270 |
|  | $ | $ 111 |
|  | $ | $ 35 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► **Harold Barbee**

GOVERNMENT EXHIBIT
4:96CR00233-01